**CERTIFICATE OF SERVICE**

I certify that on this 26th day of May 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, causing all counsel of record be served by electric means.

*/s/ Raymond C. Silverman*
Raymond C. Silverman